PAVENSTEDT v. NEW YORK LIFE INS. CO. (Supreme Court, Appellate Division, First

Department. April 12, 1907.) Action by Adolph Pavenstedt against the New York Life Insurance Company. No opinion. Motion granted. Question certified. Order filed.